✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**APPEARANCE**

Case Number: 1:08MJ95A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Carlos Andrade

I certify that I am admitted to practice in this court.

6-30-18
Date

Mary S. McElroy
Signature

Mary S. McElroy — 4830
Print Name — Bar Number

10 Weybosset Street, Suite 300
Address

Providence — RI — 02903
City — State — Zip Code

(401) 528-4281 — (401) 528-4285
Phone Number — Fax Number